FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
JEFFREY P. AMES (SBN 234871)
james@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-4232
Telephone:     619-237-5200
Facsimile:      619-615-0700

Attorneys for Defendant
TWO JINN, INC.

DAVID D. DEASON (SBN 207733)
David@yourlaborlawyers.com
MATTHEW F. ARCHBOLD (SBN 210369)
Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone:     949-794-9560
Facsimile:      949-794-9517

Attorneys for Individual and Representative Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA GONZALEZ, individually, and on behalf of the general public and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>TWO JINN, INC., a California corporation doing business as "Aladdin Bail Bonds;" and DOES 1 through 10, inclusive<br><br>                    Defendants. | CASE NO. 1:11-CV-00205-OWW-GSA<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARINGS SCHEDULED FOR AUGUST 15, 2011**<br><br>Judge:              Hon. Oliver W. Wanger<br>Courtroom:      #3 (7th Floor)<br>Complaint Filed:  February 4, 2011<br>Trial Date:         Not set |

Plaintiff Modesta Gonzalez, as represented by her counsel, David D. Deason of Deason & Archbold, and Defendant Two Jinn, Inc., d/b/a Aladdin Bail Bonds ("Aladdin"), as represented by Jeffrey P. Ames of Paul, Plevin, Sullivan & Connaughton LLP, hereby enter into the following stipulation ("Stipulation"):

/ / /

1 WHEREAS, on July 7, 2011, Aladdin filed its Petition to Compel Arbitration and to Stay Proceedings Pending Arbitration ("Petition to Compel Arbitration"), currently set for hearing on August 15, 2011.

WHEREAS, on July 13, 2011, Plaintiff filed her Motion to Transfer Pursuant to 28 USC §1404(a) ("Motion to Transfer"), also set for hearing on August 15, 2011.

WHEREAS the parties are currently engaged in good faith discussions that may result in resolution of this lawsuit, which would obviate the need for either hearing.

WHEREAS the parties need additional time to resolve certain issues that are necessary to determine whether the lawsuit will be resolved.

WHEREAS the parties agree that a thirty (30) day continuance on the hearings scheduled for August 15, 2011 would promote the interest of judicial economy and may avoid unnecessary expenditures of party time and resources.

NOW, THEREFORE, the parties hereto stipulate as follows:

1. The hearing on Aladdin's Petition to Compel Arbitration and Plaintiff's Motion to Transfer shall be continued from August 15, 2011 to September 12, 2011.

2. The corresponding briefing schedule for both the Petition to Compel Arbitration and Motion to Transfer shall also be continued in accordance with the Local Rules.

**IT IS SO AGREED**.

Dated: July 26, 2011

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ *Jeffrey P. Ames*
FRED M. PLEVIN
JEFFREY P. AMES
Attorneys for Defendant
Two Jinn, Inc.

| | | |
|---|---|---|
|1| Dated: July 26, 2011 | DEASON & ARCHBOLD |
|2| | |
|3| | By: /s/ *David D. Deason* |
|4| | DAVID D. DEASON<br>MATTHEW F. ARCHBOLD<br>Attorneys for Individual and |
|5| | Representative Plaintiff |

IT IS SO ORDERED.

Dated:   **July 27, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE