FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
JEFFREY P. AMES (SBN 234871)
james@paulplevin.com
NOAM GLICK (SBN 251582)
nglick@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-4232
Telephone:   619-237-5200
Facsimile:    619-615-0700

Attorneys for Defendant
TWO JINN, INC.

DAVID D. DEASON (SBN 207733)
David@yourlaborlawyers.com
MATTHEW F. ARCHBOLD (SBN 210369)
Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone:   949-794-9560
Facsimile:    949-794-9517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTA GONZALEZ, individually, and on behalf of the general public and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>TWO JINN, INC., a California corporation doing business as "Aladdin Bail Bonds;" and DOES 1 through 10, inclusive<br><br>            Defendants. | CASE NO. 1:11-CV-00205-OWW-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:               Hon. Oliver W. Wanger<br>Courtroom:         #3 (7th Floor)<br>Complaint Filed:  February 4, 2011<br>Trial Date:          Not set |

Plaintiff Modesta Gonzalez, as represented by her counsel, David D. Deason of

Deason & Archbold, and Defendant Two Jinn, Inc., d/b/a Aladdin Bail Bonds

("Aladdin"), as represented by Jeffrey P. Ames of Paul, Plevin, Sullivan & Connaughton

LLP, hereby enter into the following stipulation:

WHEREAS, Plaintiff originally pursued this matter on a class basis at arbitration, pursuant to the terms of the parties' arbitration agreement;

WHEREAS, JAMS refused to hear the matter as a class action and Plaintiff filed this matter on a class basis in this Court;

WHEREAS, after the filing of this action, several factors have contributed to Plaintiff's decision not to continue to pursue this matter on a class basis;

WHEREAS, on July 7, 2011, Aladdin filed its Petition to Compel Arbitration, currently set for hearing on September 12, 2011;

WHEREAS, on July 13, 2011, Plaintiff filed her Motion to Transfer Pursuant to 28 USC §1404(a) ("Motion to Transfer"), also set for hearing on September 12, 2011;

WHEREAS the parties have reached an agreement to dismiss this action without prejudice and proceed to private arbitration.

NOW, THEREFORE, the parties hereto stipulate as follows:

1. Plaintiff Gonzalez does not oppose Defendant's Petition to Compel Arbitration and agrees that the case may be arbitrated pursuant to the express terms of the Dispute Resolution Agreement between Gonzalez and Two Jinn, Inc., dated June 1, 2004.
2. Plaintiff Gonzalez hereby withdraws her Motion to Transfer.
3. Plaintiff's action is dismissed without prejudice and the Parties agree that Plaintiff's individual claims will be arbitrated pursuant to the express terms of the Dispute Resolution Agreement between Gonzalez and Two Jinn, Inc.
4. The parties stipulate that the file date for the purposes of the statute of limitations on Plaintiff Gonzalez's individual claims will continue to be the date Plaintiff Gonzalez mailed her original Demand for Arbitration on August 27, 2010.
5. The Parties shall bear their own costs to date.

**IT IS SO AGREED**.

Dated:  August 26, 2011                    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP


By: /s/ *Jeffrey P. Ames*
 FRED M. PLEVIN
 JEFFREY P. AMES
 NOAM GLICK
 Attorneys for Defendant
 Two Jinn, Inc.

Dated:  August 26, 2011                    DEASON & ARCHBOLD


By: /s/ *David D. Deason*
 DAVID D. DEASON
 MATTHEW F. ARCHBOLD
 Attorneys for Individual and
 Representative Plaintiff

After consideration of the above stipulation, IT IS HEREBY ORDERED:

1. The Court vacates the September 12, 2011 hearing regarding Plaintiff Gonzalez' Motion to Transfer and Defendant's Petition to Compel Arbitration.

2. Plaintiff's action is dismissed without prejudice and Plaintiff's individual claims will be arbitrated pursuant to the express terms of the Dispute Resolution Agreement between Gonzalez and Two Jinn, Inc.

3. The file date for purposes of the statute of limitations on Plaintiff Gonzalez's individual claims will continue to be the date Plaintiff Gonzalez mailed her original Demand for Arbitration on August 27, 2010.

4. The Parties shall bear their own costs to date.

IT IS SO ORDERED.

Dated:  **August 29, 2011**                    /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28